**CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**
*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.\**

1.  **Case Name:** _____ v. _____

2.  **Case Number:** _____

3.  **What documents were served?** Consent or Declination to Magistrate Judge Jurisdiction

    4 . **How was the document served?** *[check one]*

          Placed in U.S. Mail

          Hand-delivered

        ☐ Sent for delivery (e.g., FedEx, UPS)

        ☐ Sent by e-mail (if the other party has agreed to accept service)

5.  **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document. Do NOT send Initial Disclosures to the Court.]*

    _____     _____

    _____     _____

    _____     _____

    _____     _____

6.  **When were the documents sent?** _____

7.  **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address.  You can do this yourself.]*

        I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

        Signature: *James Cai* _____

        Name: _____

        Address: _____

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*