James Cai (SBN 200189)
jcai@sacattorneys.com
Brian A. Barnhorst (SBN 130292)
bbarnhorst@sacattorneys.com
Dennis Chin (SBN 236466)
dchin@sacattorneys.com
SAC ATTORNEYS LLP
1754 Technology Drive, Suite 122
San Jose, California 95110
Telephone: (408) 436-0789

Attorneys for Plaintiff and Counter-Defendant Jinju Zhang

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JINJU ZHANG, an individual;<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BELIN YUAN, an individual; HONG LIN, an individual; CAMIWELL, INC., a California corporation; CAMIWELL, INC. (CANADA), a Canadian corporation; BEJING ASIACOM TECHNOLOGY CO., LTD., a Chinese corporation; ASIACOM AMERICAS, INC., a Virginia corporation; BANK OF AMERICA CORPORATION, a National Association; and DOES 1 to 20, inclusive,<br><br>　　　　　　Defendants.<br>―――――――――――――――――<br>BANK OF AMERICA, N.A.,<br><br>　　　　　　Counter-Claimant,<br><br>vs.<br><br>JINJU ZHANG, an individual; CAMIWELL, INC., a California corporation; and ROES 1 TO 20, inclusive,<br><br>　　　　　　Counter-Defendants. | Case No.: 3:23-cv-05818-CRB<br><br>**PLAINTIFF AND COUNTER-DEFENDANT JINJU ZHANG'S ANSWER TO BANK OF AMERICA, N.A.'S COUNTERCLAIM FOR INTERPLEADER** |

Comes now the Plaintiff and Counter-Defendant, JINJU ZHANG ("ZHANG") and, for his Answer to Counter-Claimant BANK OF AMERICA, N.A.'s (hereinafter "BANA") Counterclaim for Interpleader, as follows:

1. In response to Paragraph 1, Zhang lacks information or belief sufficient to answer the allegations contained therein; and accordingly denies them.

2. In response to Paragraph 2, Zhang admits that BANA has no interest in the bank accounts ending in x0628 and x4390 (the "Accounts") in connection with this action. To the extent allegations remain unanswered, Zhang lacks information or belief sufficient to answer the allegations contained therein; and accordingly denies the same.

3. In response to Paragraph 3, Plainitff admits.

4. In response to Paragraph 4, Zhang lacks information or belief sufficient to answer the allegations contained therein; and accordingly denies them.

5. In response to Paragraph 5, Zhang lacks information or belief sufficient to answer the allegations contained therein; and accordingly denies them.

6. In response to Paragraph 6, Zhang lacks information or belief sufficient to answer the allegations contained therein; and accordingly denies them.

7. In response to Paragraph 7, Zhang states that this paragraph contains legal conclusions that do not require denial or admission. To the extent that a response is required, Zhang lacks information or belief sufficient to answer the allegations contained therein; and accordingly denies them.

8. In response to Paragraph 8, Zhang lacks information or belief sufficient to answer the allegations contained therein; and accordingly denies them.

WHEREFORE, Zhang prays that the Court issue an order: (i) resolving the competing rights and claims of Zhang and Camiwell to the Accounts and funds on deposit therein; (ii) denying BANA's request to dismiss the action as to BANA and restraining Plainitff, Camiwell or any other party from instituting or pursuing any action against BANA with regard to the Accounts or funds on deposit therein; (iii) denying BANA's request that the Court award BANA recovery of its costs associated with this action, including, but not limited to, reasonable attorneys fees; and (iv) denying BANA's request that the Court award BANA any such further relief.

| | | |
|---|---|---|
| 1 | Dated: January 26, 2024 | SAC Attorneys LLP |
| 2 | | |
| 3 | | By: _*Dennis Chin*_____ |
| 4 | | James Cai, Esq. |
|   | | Brian A. Barnhorst, Esq. |
| 5 | | Dennis Chin, Esq. |
|   | | Attorneys for Plaintiff and Counter-Defendant, |
| 6 | | Jinju Zhang |