AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:23-cv-5818

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Asiacom Technology Co__
was received by me on (date) __1-31-2024__.

☐ I personally served the summons on the individual at (place) _____
on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) __Wen Xu, manager__, who is designated by law to accept service of process on behalf of (name of organization) __Asiacom Technology Co__ on (date) __2-1-2024__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __2-2-2024__

_____
Server's signature

__Josue Mejia__
Printed name and title

Legal Pursuit, Inc
22 W St John St Ste B San Jose, CA 95113
Server's address

Additional information regarding attempted service, etc: