AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:23-cv-5818

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ASIACOM AMERICAS INC on behalf of BEJING ASIACOM TECHNOLOGY CO. LTD was received by me on *(date)* 02/06/2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* YING DING-H.R. MANAGER , who is designated by law to accept service of process on behalf of *(name of organization)* ASIACOM AMERICAS INC on behalf of BEJING ASIACOM TECHNOLOGY CO. LTD on *(date)* Wed, Feb 07 2024 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 2/8/2024

*Server's signature*

JOSUE MELLA-REGISTERED PROCESS SERVER

*Printed name and title*

LEGAL PURSUIT INC @ 22 W. St. John Street # B, SAN JOSE, CA 95113

*Server's address*