1  Jonathan E. Sommer (SBN 209179)
   LUBIN OLSON & NIEWIADOMSKI LLP
2  The Transamerica Pyramid
   600 Montgomery Street, 14th Floor
3  San Francisco, California  94111
   Telephone:      (415) 981-0550
4  Facsimile:      (415) 981-4343
   jsommer@lubinolson.com
5
   Attorneys for Defendant
6  BEIJING ASIACOM INFORMATION
   TECHNOLOGY CO., LTD. erroneously sued as
7  BEIJING ASIACOM TECHNOLOGY CO., LTD.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12 | JINJU ZHANG, an individual, | Case No. 5:23-cv-5818-CRB
13 | Plaintiff, |
14 | v. | **DECLARATION OF GUILIN GU IN SUPPORT OF DEFENDANT BEIJING ASIACOM INFORMATION TECHNOLOGY CO., LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, INSUFFICIENT SERVICE AND FAILURE TO STATE A CLAIM**
15 | BELIN YUAN, an individual; HONG LIN, an individual; CAMIWELL, INC., a California corporation; CAMIWELL, INC. (CANADA), a Canadian corporation; BEIJING ASIACOM TECHNOLOGY CO., LTD., a Chinese corporation; ASIACOM AMERICAS, INC., a Virginia corporation; BANK OF AMERICA CORPORATION, a National Association; and DOES 1 to 20, inclusive, |
16 | |
17 | |
18 | |
19 | |
20 | |
   | Defendants. | Time:    10:00 a.m.
21 | | Date:    April 5, 2024
   | | Judge:   Hon. Charles R. Breyer
   | | Courtroom:    6—17th Floor

I, Guilin Gu, declare as follows:

1. I am a General Manager and Director of defendant Beijing Asiacom Information Technology Co., Ltd. ("Beijing Asiacom"). I am familiar with and have personal knowledge of the matters set for in this declaration, and, if called to do so, could and would testify competently thereto, except where I state that my knowledge is based upon information and belief, and as to those matters, I understand and believe them to be true.

2. Beijing Asiacom is a Chinese corporation headquartered in China. It is a publicly-traded corporation listed on a Chinese stock exchange.

3. Beijing Asiacom has no offices in the United States. It has no employees in the United States. It generates no revenue in the United States. It does not advertise products or services in the United States.

4. The only subsidiary of Beijing Asiacom in the United States is Asiacom Americas Inc., a company that is incorporated in the State of Virginia.

5. Beijing Asiacom has no registered agent in the United States. No one named Ying Ding is employed by it or authorized to accept service of process on its behalf.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct. Executed on February 27, 2024.

/s/ Guilin Gu
GUILIN GU

**ECF SIGNATURE ATTESTATION**

In accordance with Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatories hereto.

Dated: February 28, 2024

LUBIN OLSON & NIEWIADOMSKI LLP

By: /s/ Jonathan E. Sommer
Jonathan Sommer
Attorneys for Defendant
BEIJING ASIACOM INFORMATION
TECHNOLOGY CO., LTD.