1  James Cai (SBN 200189)
2  *jcai@sacattorneys.com*
   Brian A. Barnhorst (SBN 130292)
3  *bbarnhorst@sacattorneys.com*
   Dennis Chin (SBN 236466)
4  *msinha@sacattorneys.com*
   SAC ATTORNEYS LLP
5  1754 Technology Drive, Suite 122
   San Jose, California 95110
6  Telephone: (408) 436-0789
7
8  Attorneys for Plaintiff, Jinju Zhang

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JINJU ZHANG, an individual;<br><br>     Plaintiff,<br><br>v.<br><br>BELIN YUAN, an individual; HONG LIN, an individual; CAMIWELL, INC., a California corporation; CAMIWELL, INC. (CANADA), a Canadian corporation; BEJING ASIACOM TECHNOLOGY CO., LTD., a Chinese corporation; ASIACOM AMERICAS, INC., a Virginia corporation; BANK OF AMERICA CORPORATION, a National Association; and DOES 1 to 20, inclusive,<br><br>     Defendants. | Case No.: 3:23-cv-05818-CRB<br><br>**DECLARATION OF JINJU ZHANG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FILED BY BEIJING ASIACOM TECHNOLOGY CO., LTD.**<br><br>Date:<br>Time:<br>Courtroom: |

DECLARATION OF JINJU ZHANG IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FILED BY BEIJING ASIACOM TECHNOLOGY CO., LTD.
1
*Zhang v. Yuan, et al.*; 3:23-cv-05818-CRB

Doc ID: fd4d61228261fe8b1a773efa2b0ffd1ced868bca

I, Jinju Zhang, declare:

1. I am the plaintiff in the above-captioned litigation.

2. I have personal knowledge of the matters contained in this declaration and, if called upon, could and would competently testify thereto.

3. I make this declaration in support of Plaintiff's opposition to the motion to dismiss filed by Defendant BEJING ASIACOM TECHNOLOGY CO., LTD. ("Beijing Asiacom").

4. In October of 2021, I downloaded the Beijing Asiacom registration statement from the official website of China Securities Regulatory Commission (http://www.csrc.gov.cn/guestweb4/s website).

5. Until I had reviewed that registration statement, I was unaware of the scheme by which the defendants herein deprived me of my rights and interest in Camiwell US and the rights and interest of Camiwell US.

6. Appended as **Exhibit 1** to the accompanying Declaration of Brian A. Barnhorst is a true and correct copy of the entire registration statement of Beijing Asiacom that I downloaded.

7. Appended as **Exhibit 2** to the accompanying Declaration of Brian A. Barnhorst is a true and correct copy of a translated portion of the registration statement along with the translater's certification.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on March 13, 2024, at Ferndale, Washington.

Jinju Zhang

DECLARATION OF JINJU ZHANG IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FILED BY BEIJING ASIACOM TECHNOLOGY CO., LTD.
2
*Zhang v. Yuan, et al.*; 3:23-cv-05818-CRB

Doc ID: fd4d61228261fe8b1a773efa2b0ffd1ced868bca

 Audit trail

| | |
|---|---|
| Title | Declaration |
| File name | Jinju Zhang decla... Asiacom (1).docx |
| Document ID | fd4d61228261fe8b1a773efa2b0ffd1ced868bca |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

## Document History

**SENT**  03 / 13 / 2024  22:25:59 UTC  
Sent for signature to Jinju Zhang (jinju2008@gmail.com) from jcai@sacattorneys.com  
IP: 69.209.19.106

**VIEWED**  03 / 13 / 2024  22:30:39 UTC  
Viewed by Jinju Zhang (jinju2008@gmail.com)  
IP: 47.16.25.50

**SIGNED**  03 / 13 / 2024  22:31:56 UTC  
Signed by Jinju Zhang (jinju2008@gmail.com)  
IP: 47.16.25.50

**COMPLETED**  03 / 13 / 2024  22:31:56 UTC  
The document has been completed.