James Cai (SBN: 200189)
*jcai@sacattorneys.com*
Brian A. Barnhorst (SBN: 130292)
*bbarnhorst@sacattorneys.com*
Dennis Chin (SBN: 236466)
*dchin@sacattorneys.com*
1754 Technology Drive, Suite 122
San Jose, CA 95110
Telephone: (408) 436-0789
Fax: (408) 436-0758

Attorneys for Plaintiff JANE DOE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINJU ZHANG, an individual and Washington State resident;<br><br>Plaintiff,<br>v.<br><br>BELIN YUAN, an individual and Canadian resident; HONG LIN, an individual; CAMIWELL, INC., a California corporation, CAMIWELL, INC. (CANADA), a Canadian corporation; BEJING ASIACOM INFORMATION TECHNOLOGY CO., LTD., a Chinese corporation; ASIACOM AMERICAS, INC., a Virginia corporation; BANK OF AMERICA, N.A.; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No.: 3:23-cv-05818-CRB<br><br>**CERTIFICATE OF SERVICE** |

PROOF OF SERVICE

I, Christina Ayala, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 1754 Technology Drive., Suite 122, San Jose, CA 95110. On May 06, 2024, I served the following documents:

- **COUNTER-CLAIM DEFENDANT JINJU ZHANG'S NOTICE OF MOTION AND MOTION TO DISMISS BENLIN YUAN'S AMENDED SHAREHOLDER DERIVATIVE COUNTERCLAIM FOR TURNOVER UNDER FRCP RULE 12(B)(6)**
- **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF COUNTER-CLAIM DEFENDANT JINJU ZHANG'S MOTION TO DISMISS BENLIN YUAN'S AMENDED SHAREHOLDER DERIVATIVE COUNTERCLAIM FOR TURNOVER UNDER FRCP RULE 12(B)(6)**
- **DECLARATION OF DENNIS CHIN IN SUPPORT OF COUNTER-CLAIM DEFENDANT JINJU ZHANG'S MOTION TO DISMISS BENLIN YUAN'S AMENDED SHAREHOLDER DERIVATIVE COUNTERCLAIM FOR TURNOVER UNDER FRCP RULE 12(B)(6)**

On the party (ies) in this action, through his/her/their attorneys of record, by placing true and correct copies thereof in sealed envelope(s), addressed as shown on the attached Service List for service as designated below:

☐ **By US Mail** I placed, on the date shown below, at my place of business, a true copy thereof, enclosed in a sealed envelope, with postage fully pre-paid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business, addressed to those listed on the attached Service List.

☐ **(By Overnight Delivery)** I enclosed the listed documents in an envelope or package provided by carrier and addressed to the person(s) listed on the attached service. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[√] **(By Electronic Service)** based on an agreement of the parties to accept service by electronic transmission. I caused the documents to be sent to the person(s) at the electronic notification addresses listed on attached service list, I did not receive within a reasonable time after the transmission and electronic message or other indication that the transmission was unsuccessful.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

PROOF OF SERVICE

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed in San Jose, California on **May 06, 2024**

*Christina Ayala*
**Christina Ayala**

## SERVICE LIST

| | |
|---|---|
| John Chu (SBN: 104302)<br>Corporate Counsel Law<br>Group LLP<br>25 Keamy Street, Suite 302<br>San Francisco, CA 94108<br>Telephone: 415-989-5300<br>Fax: 415-788-4315<br>Email: jchu149@yahoo.com | **Attorney for Defendants;**<br>**Benlin Yuan and Hong Lin,**<br>**and Counterclaimant Benlin**<br>**Yuan** |
| Austin B. Kenney (SBN: 242277)<br>Megan N. Aldworth (SBN: 351462)<br>Severson & Werson<br>19100 Von Karma Ave. Suite 700<br>Irvine, CA 92612<br>Telephone: 949-442-7110<br>Email: abk@serverson.com<br>mna@serverson.com | **Attorney for Defendant and**<br>**Counter-Claimant; Bank of**<br>**America, N.A.** |
| Michael T. Beuselinck (SBN: 251991)<br>Michael T. Beuselinck, P.C.<br>490 43rd Street #37<br>Oakland, CA 94609<br>Telephone: 925-800-3032<br>Email: mike@lawmtb.com | **Attorney for Defendant;**<br>**Asiacom Americas, Inc.** |