1   MICHAEL T. BEUSELINCK, SBN 251991
MICHAEL BEUSELINCK P.C.

2   490 43rd Street #37
Oakland, CA 94609

3   Telephone: (925) 800-3032
mike@lawmtb.com

4

5   Attorney for Defendant
ASIACOM AMERICAS, INC.

6

7

8                UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO  DIVISION

11

12   JINJU ZHANG, an individual,         Case No. 5:23-cv-5818-VC

13         Plaintiff,

14   v.                      **DECLARATION OF MICHAEL T.
BEUSELINCK IN SUPPORT OF
DEFENDANT ASIACOM AMERICAS,**

15   BELIN YUAN, an individual; HONG    **INC.'S MOTION TO DISMISS FOR**
LIN, an individual; CAMIWELL, INC., a   **FAILURE TO STATE A CLAIM**

16   California corporation; CAMIWELL,
INC. (CANADA), a Canadian

17   corporation; BEIJING ASIACOM
TECHNOLOGY CO., LTD., a Chinese      Time:  10:00 a.m.

18   corporation; ASIACOM AMERICAS,      Date:   August 15, 2024
INC., a Virginia corporation; BANK OF   Judge:  Hon. Vince Chhabria

19   AMERICA CORPORATION, a National   Courtroom:    4—17th Floor
Association; and DOES 1 to 20, inclusive,

20

21         Defendants.

22

23

24

25

26

27

28

1    I, Michael T. Beuselinck, declare,

2    1.    I am an attorney at law and duly licensed to practice before all courts of the State

3    of California. I am an attorney with the office of Michael Beuselinck P.C., attorneys of record for

4    Asiacom Americas, Inc. ("Asiacom US"). I am the custodian of my client's files in this matter. I

5    have personal knowledge of the following facts, and could testify competently to them.

6    2.    Attached hereto as **Exhibit 1** is a true and correct copy of the Complaint for Direct

7    and Derivative Claims for: 1. Breach of Fiduciary Duty; 2. Unfair Competition; 3. Violation of

8    Corporations Code §§ 1601 and 1062; and 4. Accounting that was filed by Plaintiff on July 20,

9    2020, in the Superior Court of the State of California for the County of Santa Clara, Case No.

10   20CV368535.

11   3.    I declare under penalty of perjury under the laws of the State of California that the

12   above facts are true and correct.

13

14

15   Dated: June 12, 2024                    /s/ Michael T. Beuselinck

16

17

18

19

20

21

22

23

24

25

26

27

28