James Cai (#200189)
Brian A. Barnhorst (#130292)
Dennis Chin (#236466)
**SAC ATTORNEYS LLP**
1754 Technology Drive, Suite 122
San Jose, California 95110
Telephone: (408) 436-0789

Attorneys for Plaintiff, **JINJU ZHANG**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JINJU ZHANG, an individual, | Case No.: 5:23-cv-5818-VC |
| Plaintiff, | **DECLARATION OF JINJU ZHANG IN SUPPORT OF OPPOSITION TO MOTION OF BEIJING ASIACOM TO DISMISS FIRST AMENDED COMPLAINT** |
| v. | |
| BENLIN YUAN, an individual; HONG LIN, an individual; CAMIWELL, INC., a California corporation; CAMIWELL, INC. (CANADA), a Canadian corporation; BEIJING ASIACOM INFORMATION TECHNOLOGY CO., LTD., a Chinese corporation; ASIACOM AMERICAS, INC., a Virginia corporation; BANK OF AMERICA CORPORATION, a National Association; and DOES 1-20, inclusive | Date: August 15, 2024<br>Time: 10:00 a.m.<br>Judge: Hon. Vince Chhabria<br>Courtroom: 4 – 17th Floor |
| Defendants. | |

I, Jinju Zhang, declare:

1. I am the plaintiff in the above-captioned litigation.

2. I have personal knowledge of the matters contained in this declaration and, if called upon, could and would competently testify thereto.

3. I make this declaration in support of my Opposition to Beijing Asiacom's Motion to Dismiss.

4. In or about October 2021, from discovery responses produced by Yuan in my previous lawsuit, I learned for the first time that Yuan, purporting to act on behalf of Camiwell U.S., had entered into an agreement (the "Asset Transfer Agreement") with his brother, Ben Tao Yuan, on behalf of Asiacom Americas, by the terms of which Asiacom Americas acquired all of the assets of Camiwell U.S.—including almost all of the employment contracts of our 50 engineers—for $37,281.29.

5. This price was apparently based on the fully depreciated "book value" of the assets; their actual value was close to $2,000,000.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on June 26, 2024, in Conroe, Texas.

_____
Jinju Zhang