Exhibit A

 CAMiWell

# 关于北京亚康公司美国客户现场服务交接备忘

**Benlin Yuan** <byuan@camiwell.com>                                                                Tue, Nov 20, 2018 at 8:46 PM
To: 王丰 <Wangfeng@asiacom.net.cn>
Cc: Jinju Zhang <jinju.zhang@camiwell.com>, caowei@asiacom.net.cn, 徐清 <qxu@asiacom.net.cn>

王总，

邮件收悉。

我们会尽快商定，然后电邮贵司。

谢谢！

袁本林

On Tue, Nov 20, 2018 at 4:01 AM 王丰 <Wangfeng@asiacom.net.cn> wrote:

美国凯威公司：

　　根据公司发展战略，我司拟成立美国子公司，从2019年1月1日承担美国客户的现场服务业务，包括但不限于阿里美东和美西机房的运维服务、服务器交付维保服务、以及网络布线工程服务，滴滴美东机房的运维服务和网络布线工程服务。

　　我司感谢美国凯威公司3年来为亚康美国客户提供的现场稳定服务。为使双方合作有一个圆满的结束，同时确保亚康美国客户现场服务的平稳交接并最大程度保障美国客户的利益，确保正在执行工程项目的顺利实施，我司提出如下服务切换方案：

1. 机房运维服务（包括阿里和滴滴）：交接起始日期为2019年1月1日，交接期为31天，2019年1月31日交接结束，亚康美国子公司全面承担阿里和滴滴的机房运维服务。在交接期内，美国凯威驻场工程师协助亚康美国子公司驻场工程师完成现场运维服务。亚康美国子公司根据美国凯威在交接期内投入的驻场工程师人数，根据2018年度运维服务合同的服务价格，在交接期结束后计算出相关费用并一次性支付。
2. 网络布线项目：在2019年1月1日前启动的网络布线项目，继续由美国凯威公司负责实施，项目结束后服务自动结束，亚康公司按照2018年网络布线项目办法执行并支付费用。2019年1月1日及以后启动的项目，由亚康美国子公司负责。
3. 服务器交付和维保：美国凯威承担的服务器交付和维保服务截至时间为2018年12月31日，从2019年1月1日，由亚康美国子公司负责。

我司近期将安排人员与贵司商定服务交接具体事宜。

再次感谢凯威公司在过去给与我司的帮助与支持，谢谢！

王丰

CERTIFICATION

I, Connie Chen, am a court interpreter/translator, California Judicial Council #700105, member of American Translators' Association (ATA); Northern California Translators' Association (NCTA) and National Judicial Interpreters and Translators (NAJIT).

I certified that I have reviewed the following English translation along with their corresponding Simplified Chinese documents pertaining to Asiacom Americas Inc. (USA) and CAMiWell Inc., that were provided to me for accuracy and correctness to the best of my knowledge and abilities.

> Email correspondences dated November 20, 2018 between Benlin Yuan and Feng Wang;

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  This Certification is signed on the 23rd day of June, 2024, County of Santa Clara, State of California.


*Connie Chen*

Connie Chen
Judicial Council # 700105

Benlin Yuan <byuan@camiwll.com>

To: Feng Wang  <Wangfeng@asiacom.net.cn>

Cc; jingju Zhang <jinju.zhang@camiwell.com>, caowei@asiacom.net.cn, qxu@asiacom.net.cn>

General Manager Wang:

Received your message.

We will confirm as soon as possible, and then email your company.

Thank you.

Benlin Yuan


On Tue., Nov. 20, 2018 at 4:01 am Feng Wang <Wangfeng@asiacom.net.cn>

US Camiwell Company:

  According to the development strategy of company, our company plans to set up a US subsidiary, to undertake onsite service business for US customers starting January 1, 2019, including but not limited to Alibaba's Eastern US and Western US server room operation maintenance services, server delivery and maintenance services, and network cabling engineering services, Didi Eastern US server room operation maintenance and network cabling engineering services.

  Our company appreciates US Camiwell's onsite services for Asiacom's US customers in the last 3 years.  In order to have a successful ending of our mutual cooperation, and ensure that Asiacom US customers' onsite services have a smooth transition and in protection of US customers' best interest, and successful execution of on-going engineering projects, our company makes the following service transition proposal:

1. Server room operation maintenance services (including Alibaba and Didi): date of transition will be January 1, 2019, transition period will be 31 days, concluding on January 31, 2019.  Asiacom US will take over all the server room operation maintenance for Alibaba and Didi.  During the transition, US Camiwell onsite engineers will assist Asiacom US onsite engineers to complete onsite operation maintenance.  Asiacom US will count the number of onsite engineers of US Camiwell, and pay according to 2018 operation maintenance service contract price, calculate the related fees after the transition period and make one-time payment.
2. Network cabling project: For network cabling projects started before January 1, 2019, US Camiwell will continue to be responsible for execution, and the projects will end

automatically upon finish.  Asiacom will execute and pay fees according to 2018 network cabling project.  Asiacom will be responsible for the projects starting after January 1, 2019.

3. The delivery and maintenance of servers: US Camiwell will be responsible for server delivery and maintenance until December 31, 2018.  Asiacom will be responsible after January 1, 2019.

Our company will arrange personnel to discuss and finalize concrete transition matters with your company.

Thank you again for Camiwell's past assistance and support for our company.  Thank you.


Feng Wang