James Cai (SBN 200189)
jcai@sacattorneys.com
Brian A. Barnhorst (SBN 130292)
bbarnhorst@sacattorneys.com
Dennis Chin (SBN 236466)
dchin@sacattorneys.com
SAC ATTORNEYS LLP
1754 Technology Drive, Suite 122
San Jose, California 95110
Telephone: (408) 436-0789

Attorneys for Plaintiff and Counter-Defendant Jinju Zhang

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINJU ZHANG, an individual; <br><br> Plaintiff, <br><br> vs. <br><br> BENLIN YUAN, an individual; HONG LIN, an individual; CAMIWELL, INC., a California corporation; CAMIWELL, INC. (CANADA), a Canadian corporation; BEJING ASIACOM INFORMATION TECHNOLOGY CO., LTD., a Chinese corporation; ASIACOM AMERICAS, INC., a Virginia corporation; BANK OF AMERICA CORPORATION, a National Association; and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No.: 3:23-cv-05818-CRB <br><br> **DECLARATION OF JINJU ZHANG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CAMIWELL CANADA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br><br> Date: August 15, 2024 <br> Time: 10:00 a.m. <br> Judge: Hon. Vince Chhabria <br> Courtroom: 4 – 17th Floor |
| AND RELATED CROSS-ACTIONS | |

I, Jinju Zhang, declare:

1. I am the plaintiff and counter-defendant in the above-captioned litigation.

2. I have personal knowledge of the matters contained in this declaration and, if called upon, could and would competently testify thereto.

DECLARATION OF JINJU ZHANG IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO CAMIWELL CANADA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT
1
Zhang v. Yuan, et al.; 3:23-cv-05818-CRB

Doc ID: ac758760d3e52725bf76d3c7e89d2b00f8bc2d0e

3. I make this declaration in support of Plaintiff's opposition to the motion to dismiss filed by Defendant Camiwell Canada.

4. As CEO of Camiwell Canada, Defendant Benlin Yuan (Yuan) managed all projects and sent out emails to his employees directing them to work in California.

5. On a systematic and quarterly basis, Yuan and his employees traveled to California for work and lived in Plaintiff's house in San Jose, California.

6. As CEO of Camiwell Canada, he actively directed Camiwell U.S. to commit tax fraud by sending out fake invoices for services for consulting services that were never rendered and asked Camiwell U.S. to pay shareholder dividends to him in the guise of consultant fees.

7. Appended as **Exhibit 1** to the accompanying Declaration of Dennis Chin are true and correct copies of fake invoices for consulting services that were never rendered from Camiwell Canada to Camiwell U.S.

8. Appended as **Exhibit 2** to the accompanying Declaration of Dennis Chin are true and correct copies of invoices from Camiwell Canada to Bejing Asiacom that were produced in Summer 2023.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 25, 2024, at Conroe, Texas.

_____
Jinju Zhang

DECLARATION OF JINJU ZHANG IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO CAMIWELL CANADA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT
2
*Zhang v. Yuan, et al.*; 3:23-cv-05818-CRB

Doc ID: ac758760d3e52725bf76d3c7e89d2b00f8bc2d0e