James Cai (#200189)
Brian A. Barnhorst (#130292)
Julie Bonnel-Rogers (#176200)
Dennis Chin (#236466)
**SAC ATTORNEYS LLP**
1754 Technology Drive, Suite 122
San Jose, California 95110
Telephone: (408) 436-0789

Attorneys for Plaintiff, **JINJU ZHANG**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JINJU ZHANG, an individual,<br><br>                      Plaintiff,<br><br>v.<br><br>BENLIN YUAN, an individual; HONG LIN, an individual; CAMIWELL, INC., a California corporation; CAMIWELL, INC. (CANADA), a Canadian corporation; BEIJING ASIACOM INFORMATION TECHNOLOGY CO., LTD., a Chinese corporation; ASIACOM AMERICAS, INC., a Virginia corporation; BANK OF AMERICA CORPORATION, a National Association; and DOES 1-20, inclusive<br><br>                      Defendants. | Case No.: 3:23-cv-05818-VC<br><br>**PLAINTIFF JINJU ZHANG'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINITFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>Date:        August 15, 2024<br>Time:        10 am<br>Judge:      Hon. Vince Chhabria<br>Courtroom:  4 – 17th Floor |

       Plaintiff, JINJU ZHANG ("Plaintiff") submits the following Request for Judicia Notice in support Plaintiff's opposition to the Motion for Summary Judgment filed by Defendants Benlin Yuan ("Yuan") and Hong Lin ("Lin") (collectively "Defendants").

       Plaintiffs request that the court take judicial notice of the following documents pursuant to the Federal Rules of Evidence 201.

1

**Request for Judicial Notice No. 1**

2

Exhibit 1          Documents pertaining to Camiwell U.S. on file with the California Secretary of

3                     State including but not limited to the Election to Terminate dated September 28,

4                     2023, submitted herewith as **Exhibit 1**.

5                     The Election to Terminate on file with the  California Secretary of State can be

6                     readily   obtained   from   the   California   Secretary   of   State   website   at

7                     https://businesssearch.sos.ca.gov/  including  but  not  limited  to  the  following

8                     information obtained on July 26, 2024.

9                     Judicial notice of this information is proper pursuant to Federal Rules of Evidence

10                    201 be cause it is a record on file with the California Secretary of State and is

11                    capable   of   "immediate   and   accurate   determination   by   resort   to   sources   of

12                    reasonably indisputable accuracy." See https://businesssearch.sos.ca.gov/

13

14

15    Dated:  July 29, 2024                          SAC Attorneys LLP

16

17                                                   By: /Brian Barnhorst_____

18                                                   James Cai, Esq.
                                                     Brian A. Barnhorst, Esq.
19                                                   Julie Bonnel-Rogers, Esq.
                                                     Dennis Chin, Esq.
20                                                   Attorneys for Plaintiff, JINJU ZHANG

21

22

23

24

25

26

27

28

**Exhibit 1**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28