| | | |
|---|---|---|
| **Secretary of State** **Certificate of Election to Wind Up and Dissolve** (California Stock Corporation ONLY) | ELEC STK | **For Office Use Only** **-FILED-** File No.: BA20231550981 Date Filed: 9/28/2023 |

There is **No Fee** for filing a Certificate of Election to Wind Up and Dissolve - Stock

Certification Fee (Optional) – $5.00

(P)

This Space For Office Use Only

**1. Corporate Name** (Enter the exact name of the corporation as it is recorded with the California Secretary of State.)

Camiwell Inc.

**2. Secretary of State Entity Number**

4159356

**3. Election** (Check the applicable statement. Only **one box** may be checked. If the first box is checked, enter the **number of** shares (**do not** enter the percentage of shares). Note: This Form ELEC STK is not required when the vote to dissolve was made by all of the shareholders and that fact is noted on the Certificate of Dissolution (Form DISS STK).)

[✓] The election was made by the vote of ___650,000___ shares of the corporation, and representing at least 50 percent of the voting power.

[ ] The corporation has not issued any shares; the election was made by the board of directors of the corporation.

**4. Required Statement** (This Statement is required. Do not alter.)

The corporation has elected to wind up and dissolve.

**5. Signatory Authority** (Check the applicable statement. Only **one box** may be checked.)

The undersigned is/are the:

[ ] Sole director or a majority of the directors now in office of the above-named corporation.

[ ] Chairperson of the board, president or vice president and the secretary, chief financial officer, treasurer, assistant secretary or assistant treasurer of the above-named corporation.

[✓] Shareholder(s) authorized to sign this certificate by shareholders holding shares representing at least 50 percent of the voting power of the above-named corporation.

**6. Read, Verify, Date and Sign Below**

I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

| September 27, 2023 | [signature] | Benlin Yuan |
|---|---|---|
| Date | Signature | Type or Print Name |
| September 27, 2023 | [signature] | Hong Lin |
| Date | Signature | Type or Print Name |
| | | |
| Date | Signature | Type or Print Name |

ELEC STK (REV 03/2022)   2022 California Secretary of State
bizfileOnline.sos.ca.gov

B2081-5575 09/28/2023 5:00 PM Received by California Secretary of State