UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINJU ZHANG,<br><br>       Plaintiff,<br><br>    v.<br><br>BELIN YUAN, et al.,<br><br>       Defendants. | Case No. 23-cv-05818-VC<br><br>**ORDER GRANTING MOTION FOR DISCHARGE AND FOR ATTORNEYS' FEES**<br><br>Re: Dkt. No. 147 |

Bank of America's unopposed motion for discharge and for attorneys' fees is granted. Bank of America is disinterested and has deposited the funds with the Court, making its discharge appropriate. *E.g.*, *Metropolitan Life Insurance co. v. Billini*, 2007 WL 4209405, at *2 (E.D. Cal. Nov. 27, 2007). As for attorneys' fees, it only seeks reimbursement for compensable expenses, and the amount it seeks is modest. *See Trustees of Directors Guild of America-Producer Pension Benefits Plan v. Tise*, 234 F.3d 415, 426–27 (9th Cir. 2000). Bank of America is dismissed from the action, and the Clerk of Court is directed to pay it $5,025 from the fund it deposited with the Court.

    **IT IS SO ORDERED.**

Dated: February 10, 2025

_____
VINCE CHHABRIA
United States District Judge