John Chu (Bar No.: 104302)
**CORPORATE COUNSEL LAW GROUP, LLP**
25 Kearny Street, Suite 302
San Francisco, CA 94108
Telephone: 415-989-5300
Email: jchu149@yahoo.com

Bing Zhang Ryan (Bar No.: 228641)
**ZHANG LAW GROUP**
2950 Buskirk Avenue, Suite 300
Walnut Creek, CA  94597
Telephone: (925) 257-3097
Email: bzhanglaw@gmail.com

*Attorneys for Defendants and Counter-Claimants Benlin Yuan and Hong Lin*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINJU ZHANG, an individual, | **Case No. 23-CV-5818-VC** |
| Plaintiff, | **PLAINTIFF'S AND DEFENDANTS' JOINT EXHIBIT LIST** |
| vs. | |
| BENLIN YUAN, an individual; HONG LIN, an individual; CAMIWELL, INC., a California corporation; CAMIWELL, INC. (CANADA), a Canadian corporation; BEIJING ASIACOM TECHNOLOGY CO. LTD., a Chinese corporation; ASIACOM AMERICAS, INC., a Virginia corporation; BANK OF AMERICA CORPORATION, a National Association; and DOES 1 to 20, inclusive, | |
| Defendants. | |
| AND RELATED COUNTER-CLAIM | |

Plaintiff Jinju Zhang ("Plaintiff") and Defendants and Counter-Claimants Benlin Yuan and Hong Lin ("Defendants") identify the following joint exhibits that they intend to offer into

evidence at trial. This list does not include exhibits that may be offered for impeachment or rebuttal.

| No.1 | Description/Bates No. | Purpose and Sponsoring Witness | Stipulation to Admission? | Evidentiary Objection | Response to Objection | Court Use |
|---|---|---|---|---|---|---|
| 1 | Plaintiff's Notice of Deposition for Camiwell PMK, State Action | State Action Discovery; Benlin Yuan | No. | Irrelevant. Failed to produce in response to Plaintiff's Request for Production of Documents served on Nov. 18, 2024 | Relevant to what was at issue in the State Action. Defendants identified all pleadings and discovery in the State Action. *See* response to RFP, served on Dec. 22, 2024. | |
| 2 | Plaintiff's Request for Production to Camiwell, Set Two, State Action | State Action Discovery; Benlin Yuan | No. | Irrelevant. Failed to produce in response to Plaintiff's Request for Production of Documents served on Nov. 18, 2024 | Relevant to what was at issue in the State Action. Defendants identified all pleadings and discovery in the State Action. *See* response to | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | RFP, served on Dec. 22, 2024. | |
| 3 | Plaintiff's Request for Production to Yuan and Lin, Set Two, State Action | State Action Discovery; Benlin Yuan | No. | Irrelevant.<br><br>Failed to produce in response to Plaintiff's Request for Production of Documents served on Nov. 18, 2024 | Relevant to what was at issue in the State Action.<br><br>Defendants identified all pleadings and discovery in the State Action. *See* response to RFP, served on Dec. 22, 2024. | |
| 4 | Plaintiff's Request for Production to Yuan and Lin, Set One, State Action | State Action Discovery; Benlin Yuan | No. | Irrelevant.<br><br>Failed to produce in response to Plaintiff's Request for Production of Documents served on Nov. 18, 2024 | Relevant to what was at issue in the State Action.<br><br>Defendants identified all pleadings and discovery in the State Action. *See* response to RFP, served on Dec. 22, 2024. | |

| 5 | Plaintiff's Special Interrogatories to Yuan and Lin, Set One, State Action | State Action Discovery; Benlin Yuan | No. | Irrelevant.<br><br>Failed to produce in response to Plaintiff's Request for Production of Documents served on Nov. 18, 2024 | Relevant to what was at issue in the State Action.<br><br>Defendants identified all pleadings and discovery in the State Action. *See* response to RFP, served on Dec. 22, 2024. | |
|---|---|---|---|---|---|---|
| 6 | Plaintiff's Special Interrogatories to Camiwell, Set One, State Action | State Action Discovery; Benlin Yuan | No. | Irrelevant.<br><br>Failed to produce in response to Plaintiff's Request for Production of Documents served on Nov. 18, 2024 | Relevant to what was at issue in the State Action.<br><br>Defendants identified all pleadings and discovery in the State Action. *See* response to RFP, served on Dec. 22, 2024. | |
| 7 | Plaintiff's Request for Production to Camiwell, Set One, State Action | State Action Discovery; Benlin Yuan | No. | Irrelevant.<br><br>Failed to produce in response to Plaintiff's | Relevant to what was at issue in the State Action. | |

| | | | | Request for Production of Documents served on Nov. 18, 2024 | Defendants identified all pleadings and discovery in the State Action. *See* response to RFP, served on Dec. 22, 2024. | |
|---|---|---|---|---|---|---|
| 8 | Email exchanges among counsel in the State Action, 9/27/2023 – 10/13/2023 | State Action Settlement; Padmini Cheruvu | No. | Irrelevant.<br><br>Hearsay<br><br>Failed to produce in response to Plaintiff's Request for Production of Documents served on Nov. 18, 2024 | Relevant to show Plaintiff agreed to settle the dispute.<br><br>Not hearsay. Cheruvu can testify.<br><br>Defendants used this exhibit in Cheruvu deposition. Plaintiff did not ask for such information during discovery. | |
| 9 | Notice of Acceptance – Yuan and Lin's 998 Offer, State Action, 9/6/2023 | State Action Settlement; Benlin Yuan | No. | Irrelevant.<br><br>Failed to produce in response to Plaintiff's | Relevant to show when Plaintiff accepted | |

| | | | | Request for Production of Documents served on Nov. 18, 2024 | the 998 offers. Defendants identified all pleadings and discovery in the State Action. *See* response to RFP, served on Dec. 22, 2024. | |
|---|---|---|---|---|---|---|
| 10 | Notice of Acceptance – Camiwell's 998 Offer, State Action, 9/6/2023 | State Action Settlement; Benlin Yuan and Marie Quashnock | No. | Irrelevant. Failed to produce in response to Plaintiff's Request for Production of Documents served on Nov. 18, 2024 | Relevant to show when Plaintiff accepted the 998 offers. Defendants identified all pleadings and discovery in the State Action. *See* response to RFP, served on Dec. 22, 2024. | |
| 11 | Deposition Transcript, Marie Quashnock, 2/3/2025 | State Action Settlement; Marie Quashnock | Yes. | | | |
| 12 | Lin Deposition Exhibit 3 – 11/24/2018 | Camiwell, Inc. dissolution; | Yes. | | | |

| | | Shareholder Meeting Minutes | Benlin Yuan and Hong Lin | | | | |
|---|---|---|---|---|---|---|---|
| | 13 | Yuan Deposition Exhibit 24 – Complaint, the State Action | State Action; Benlin Yuan | Yes. | | | |
| | 14 | Yuan Deposition Exhibit 31 – BOA September 2023 bank statement | Fund withdrawals; Benlin Yuan | Yes. | | | |
| | 15 | Zhang Deposition Transcript, 8/7/2023, State Action | Shareholder distribution; Jinju Zhang | No. | Irrelevant. Failed to produce in response to Plaintiff's Request for Production of Documents served on Nov. 18, 2024 | Relevant to shareholder distribution. Defendants identified all pleadings and discovery in the State Action. *See* response to RFP, served on Dec. 22, 2024. | |
| | 16 | Yuan Deposition Exhibit 29 – Judgment, State Action | State Action Judgment; Benlin Yuan | Yes. | | | |
| | 17 | Camiwell 998 Offer Calculation | State Action settlement; Benlin Yuan | No. | Irrelevant. Hearsay Lack of Foundation Failed to produce in | Relevant to show what Camiwell 998 offer consisted of | |

| | | | | response to Plaintiff's Request for Production of Documents served on Nov. 18, 2024 | Benlin Yuan can testify.<br><br>Plaintiff did not seek such information during discovery. | |
|---|---|---|---|---|---|---|
| 18 | Camiwell 998 Offer | State Action settlement; Benlin Yuan | Yes | | | |
| 19 | Yuan and Lin 998 Offer | State Action settlement; Benlin Yuan | Yes | | | |
| 20 | Camiwell 2020 bank statements - Bank of America 0628 | Shareholder distribution; Benlin Yuan | No. | Irrelevant.<br><br>Hearsay<br><br>Lack of authentication<br><br>Failed to produce in response to Plaintiff's Request for Production of Documents served on Nov. 18, 2024 | Relevant to shareholder distribution<br><br>Plaintiff has access to such information and did not ask for such information during discovery. | |
| 21 | Camiwell 2021 bank statements - Bank of America 0628 | Shareholder distribution; Benlin Yuan | No. | Irrelevant.<br><br>Hearsay | Relevant to shareholder distribution<br><br>Plaintiff has access to | |

| | | | | Lack of authentication | such information and did not ask for such information during discovery. | |
|---|---|---|---|---|---|---|
| | | | | Failed to produce in response to Plaintiff's Request for Production of Documents served on Nov. 18, 2024 | | |
| 22 | Camiwell 2022 bank statements - Bank of America 0628 | Shareholder distribution; Benlin Yuan | No. | Irrelevant. | Relevant to shareholder distribution | |
| | | | | Hearsay | | |
| | | | | Lack of authentication | Plaintiff has access to such information and did not ask for such information during discovery. | |
| | | | | Failed to produce in response to Plaintiff's Request for Production of Documents served on Nov. 18, 2024 | | |
| 23 | Camiwell 2023 bank statements - Bank of America 0628 | Shareholder distribution; Benlin Yuan | No. | Irrelevant. | Relevant to shareholder distribution | |
| | | | | Hearsay | | |
| | | | | Lack of authentication | Plaintiff has access to such information and did not ask for such information | |
| | | | | Failed to produce in response to Plaintiff's | | |

| | | | | Request for Production of Documents served on Nov. 18, 2024 | during discovery. | |
|---|---|---|---|---|---|---|
| 24 | Camiwell 2020 bank statements – Chase 1129 | Shareholder distribution; Benlin Yuan | No. | Irrelevant.<br><br>Hearsay<br><br>Lack of authenticatio n<br><br>Failed to produce in response to Plaintiff's Request for Production of Documents served on Nov. 18, 2024 | Relevant to shareholder distribution<br><br>Plaintiff has access to such information and did not ask for such information during discovery. | |
| 25 | Camiwell 2021 bank statements – Chase 1129 | Shareholder distribution; Benlin Yuan | No. | Irrelevant.<br><br>Hearsay<br><br>Lack of authenticatio n<br><br>Failed to produce in response to Plaintiff's Request for Production of Documents served on Nov. 18, 2024 | Relevant to shareholder distribution<br><br>Plaintiff has access to such information and did not ask for such information during discovery. | |

| 26 | Camiwell 2022 bank statements – Chase 1129 | Shareholder distribution; Benlin Yuan | No. | Irrelevant. Hearsay Lack of authentication Failed to produce in response to Plaintiff's Request for Production of Documents served on Nov. 18, 2024 | Relevant to shareholder distribution Plaintiff has access to such information and did not ask for such information during discovery. | |
|----|----|----|----|----|----|----|
| 27 | Camiwell 2020 bank statements - Bank of America 4390 | Shareholder distribution; Benlin Yuan | No. | Irrelevant. Hearsay Lack of authentication Failed to produce in response to Plaintiff's Request for Production of Documents served on Nov. 18, 2024 | Relevant to shareholder distribution Plaintiff has access to such information and did not ask for such information during discovery. | |
| 28 | Camiwell 2021 bank statements - Bank of America 4390 | Shareholder distribution; Benlin Yuan | No. | Irrelevant. Hearsay | Relevant to shareholder distribution Plaintiff has access to such | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Lack of authentication

Failed to produce in response to Plaintiff's Request for Production of Documents served on Nov. 18, 2024 | information and did not ask for such information during discovery. | |
| 29 | Camiwell 2022 bank statements - Bank of America 4390 | Shareholder distribution; Benlin Yuan | No. | Irrelevant.

Hearsay

Lack of authentication

Failed to produce in response to Plaintiff's Request for Production of Documents served on Nov. 18, 2024 | Relevant to shareholder distribution

Plaintiff has access to such information and did not ask for such information during discovery. | |
| 30 | Camiwell 2023 bank statements - Bank of America 4390 | Shareholder distribution; Benlin Yuan | No. | Irrelevant.

Hearsay

Lack of authentication

Failed to produce in response to Plaintiff's | Relevant to shareholder distribution

Plaintiff has access to such information and did not ask for such information | |

| | # | Exhibit | Purpose | Stipulated | Objection | Response | |
|---|---|---------|---------|-----------|-----------|----------|---|
| | | | | | Request for Production of Documents served on Nov. 18, 2024 | during discovery. | |
| | 31 | Camiwell Inc. Bylaws | Zhang's share percentage: Benlin Yuan | Yes. | | | |
| | 32 | Written Consent of Shareholders to Voluntarily Wind Up and Dissolve | Zhang's share percentage and dissolution: Benlin Yuan | No. | Hearsay<br><br>Lack of authentication<br><br>Failed to produce in response to Plaintiff's Request for Production of Documents served on Nov. 18, 2024 | Benlin Yuan can testify. Not hearsay.<br><br>Defendants identified all pleadings and discovery in the State Action. *See* response to RFP, served on Dec. 22, 2024. | |
| | 33 | Share Transfer Agreement | Zhang's share percentage: Benlin Yuan | Yes. | | | |
| | 34 | Notice of Commencement of Voluntary Dissolution | Zhang's share percentage and dissolution: Benlin Yuan | No. | Hearsay<br><br>Lack of authentication<br><br>Failed to produce in response to Plaintiff's Request for | Benlin Yuan can testify. Not hearsay.<br><br>Defendants identified all pleadings and discovery | |

| | | | | Production of Documents served on Nov. 18, 2024 | in the State Action. *See* response to RFP, served on Dec. 22, 2024. | |
|---|---|---|---|---|---|---|
| 35 | Certificate of Election to Wind Up and Dissolve | Zhang's share percentage and dissolution: Benlin Yuan | Yes | | | |
| 36 | Share Purchase Agreement – Hong Lin | Zhang's share percentage: Benlin Yuan | Yes. | | | |
| 37 | Share Purchase Agreement – Benlin Yuan | Zhang's share percentage: Benlin Yuan | Yes. | | | |
| 38 | Share Purchase Agreement – Jinju Zhang | Zhang's share percentage: Benlin Yuan | Yes. | | | |
| 39 | Amended Notice of Acceptance – Yuan and Lin 998 offer | State Action settlement; Benlin Yuan | Yes. | | | |
| 40 | Amended Notice of Acceptance – Camiwell | State Action settlement; Benlin Yuan | Yes. | | | |
| 41 | Camiwell CPA Invoice | Camiwell, Inc. debt; Benlin Yuan; Chenying Fan; Hui Sun | No. | Irrelevant  Hearsay  Lack of authentication | Relevant to shareholder distribution.  Chenying Fan and Hui Sun can testify. | |

| # | Exhibit | Parties | Stip. | Objections | Response | |
|---|---------|---------|-------|------------|----------|---|
| | | | | Failed to produce in response to Plaintiff's Request for Production of Documents served on Nov. 18, 2024 | Defendants used this exhibit in Hui Sun deposition.<br><br>Plaintiff never asked for such information during discovery. | |
| 42 | Statement of Information filed on 7/11/2023 | Camiwell, Inc. shareholders; Benlin Yuan | Yes. | | | |
| 43 | Hui Sun Invoice | Camiwell debt; Benlin Yuan ; Hui Sun | No. | Irrelevant.<br><br>Hearsay<br><br>Lack of authentication<br><br>Failed to produce in response to Plaintiff's Request for Production of Documents served on Nov. 18, 2024 | Relevant to shareholder distribution.<br><br>Hui Sun can testify. Defendants used this exhibit in Hui Sun deposition.<br><br>Plaintiff never asked for such information during discovery. | |
| 44 | Yuan paid CPA Invoice | Camiwell, Inc. debt; Benlin Yuan; Hui Sun; Chenying Fan | No. | Irrelevant<br><br>Hearsay<br><br>Lack of authentication | Relevant to shareholder distribution.<br><br>Chenying Fan, Hui Sun and Benlin | |

| | | | | Failed to produce in response to Plaintiff's Request for Production of Documents served on Nov. 18, 2024 | Yuan can testify.<br><br>Defendants used this exhibit in Hui Sun deposition.<br><br>Plaintiff never asked for such information during discovery. | |
|---|---|---|---|---|---|---|
| 45 | Third Amended Counterclaim | Shareholder Distribution; Benlin Yuan | Yes. | | | |
| 46 | Camiwell 2020 Tax Return | Zhang's share percentage; Benlin Yuan | Yes | | | |
| 47 | Camiwell 2021 Tax Return | Zhang's share percentage; Benlin Yuan | Yes | | | |
| 48 | Camiwell 2022 Tax Return | Zhang's share percentage; Benlin Yuan | Yes | | | |
| 49 | Camiwell LLC DE Formation | Camiwell, LLC formation; Benlin Yuan | Yes | | | |
| 50 | Camiwell LLC CA registration | Camiwell, LLC formation; Benlin Yuan | Yes | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | Statement of Conversion | Camiwell, Inc. formation; Benlin Yuan | Yes | | | |
| 52 | Deposition Transcript, Hong Lin, 2/5/2025 | State Action settlement and Zhang's share percentage; Hong Lin | Yes | | | |
| 53 | Deposition Transcript, Benlin Yuan, 1/31/2025 | State Action settlement and Zhang's share percentage; Benlin Yuan | Yes | | | |
| 54 | Deposition Transcript, Hui Sun, 2/10/2025 | Zhang's share percentage; Hui Sun | Yes | | | |
| 55 | Deposition Transcript, Benlin Yuan, 8/3/2023 | State Action; Benlin Yuan | Yes | | | |
| 56 | Deposition Transcript, Hong Lin, 8/2/2023 | State Action; Hong Lin | Yes | | | |
| 57 | Deposition Transcript, Benlin Yuan, 8/4/2023 | State Action; Benlin Yuan | Yes | | | |
| 101 | CAMiWell, Inc. Common Stock Purchase Agreement with Jinju Zhang | Zhang's share of ownership<br><br>Jinju Zhang | Yes | | | |
| 102 | CAMiWell, Inc., Common Stock Purchase Agreement with Hong Lin | Zhang's share of ownership<br><br>Jinju Zhang | Lack of foundation. | | Hong Lin will testify as to its foundation | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 103 | CAMiWell, Inc., Common Stock Purchase Agreement with Benlin Yuan | Zhang's share of ownership<br><br>Jinju Zhang | Lack of foundation. | | Benlin Yuan will testify as to its foundation. | |
| 104 | Email from Benlin Yuan dated Dec. 21, 2016 | Shareholder distribution<br><br>Jinju Zhang | Yes | | | |
| 105 | Email from Benlin Yuan to Fanling Hu and Jinju Zhang dated March 14, 2017 | Shareholder distribution<br><br>Jinju Zhang | Yes | | | |
| 106 | Email to Benlin Yuan from Fanling Hu dated November 27, 2017 | Shareholder distribution<br><br>Jinju Zhang's share of ownership<br><br>Jinju Zhang | Lack of foundation. | | Benlin Yuan will testify as to its foundation. | |
| 107 | Email from Benlin Yuan to Junfei Li dated July 6, 2018 | Jinju Zhang's share of ownership.<br><br>Jinju Zhang | Yes | | | |
| 108 | Email from Benlin Yuan to Fanling Hu dated July 31, 2018 | Jinju Zhang's share of ownership.<br><br>Jinju Zhang | Yes | | | |
| 109 | Email from Benlin Yuan to Fanling Hu, copied to Jinju Zhang and Hong Lin dated October 4, 2018 | Jinju Zhang's share of ownership. | Yes | | | |

| | | | Jinju Zhang | | | | |
|---|---|---|---|---|---|---|---|
| 110 | Letter dated April 14, 2021 from SingerLewak to Benlin Yuan | Jinju Zhang's share of ownership.<br><br>Jinju Zhang | Yes | | | |
| 111 | Letter from Chenying Fan again to Benlin Yuan | Jinju Zhang's share of ownership.<br><br>Jinju Zhang | Yes | | | |
| 112 | April 26, 2023 letter from Chenying Fan to Benlin Yuan | Jinju Zhang's share of ownership.<br><br>Jinju Zhang | Yes | | | |
| 113 | Amended Notice of Acceptance by Plaintiff Jinju Zhang of Defendant CAMiWell, Inc., CCP Section 998 offer to Compromise | Jinju Zhang's share of ownership.<br><br>Jinju Zhang | Yes | | | |
| 114 | Amended Notice of Acceptance by Plaintiff Jinju Zhang of Defendants Benlin Yuan and Hong Lin's CCP Section 998 Offer to Compromise | Jinju Zhang's share of ownership.<br><br>Jinju Zhang | Yes | | | |
| 115 | Judgment in Favor of Plaintiff Jinju Zhang and against Defendant CAMiWell, Inc. Pursuant to Code of Civil Procedure 998 to Compromise | Jinju Zhang's share of ownership.<br><br>Jinju Zhang | Yes | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 116 | Bank statement from CAMiWell, Inc. for September 1, 2023 to September 30, 2023 | Withdrawal of funds by Benlin Yuan<br><br>Jinju Zhang | Lack of authenticity<br><br>Lack of foundation | | | |
| 117 | Email threads between Quashnock and Cheruvu dated Oct. 12 - 20, 2023 | Unauthorized Withdrawal of funds by Benlin Yuan<br><br>Jinju Zhang | Lack of foundation | | It lays foundation for Plaintiff's claim for unauthorized withdrawal of funds by Benlin Yuan | |
| 118 | Email threads between Quashnock and James Cai dated Nov. 7, 2023 | Unauthorized Withdrawal of funds by Benlin Yuan<br><br>Marie Quashnock | Yes | | | |
| 119 | E-mail thread dated January 28, 2020 between Bing Zhang Ryan and Padmini Cheruvu | Authenticity of corporate documents of Camiwell, Inc.<br><br>Padmini Cheruvu | Yes | | | |
| 120 | E-mail string dated February 26, 2020 between Bing Zhang Ryan and Padmini Cheruvu | Authenticity of corporate documents of Camiwell, Inc. | Yes | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Padmini Cheruvu | | | | |
| 121 | Exchange Documents Table Exchange Documents Table (Bates Number PC000181) | Authenticity of corporate documents of Camiwell, Inc.<br><br>Padmini Cheruvu | Lack of foundation | | It lays the foundation for Ms. Cheruvu to authenticate the corporate documents received from Bin Zhang Ryan | |
| 122 | Declaration of Benlin Yuan in Support of Defendants Benlin Yuan and Hong Lin's Motion for Summary Judgment | Jinju Zhang's share of ownership and withdrawal of funds by Benlin Yuan<br><br>Benlin Yuan | Yes | | | |
| 123 | Deposition transcrit of Marie Quashnock | Jinju Zhang's share of ownership and withdrawal of funds by Benlin Yuan<br><br>Marie Quashnock | Yes | | | |
| 124 | Deposition transcript of Padmini Cheruvu | Authenticity of corporate documents of Camiwell, Inc.<br><br>Jinju Zhang's share of ownership and withdrawal of | Yes | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | funds by Benlin Yuan<br><br>Marie Quashnock | | | | |
| 125 | Waiver of Notice and Consent to Unanimous Written Consent in Lieu of Holding First Meeting of Board of Directors dated June 16, 2018 | Authenticity of corporate documents.<br><br>Jinju Zhang | Lack of foundation | | It lays foundation for Jinju Zhang to authenticate Camiwell's corporate documents. | |
| 126 | Secretary of State Certificate of Election to Wind Up and Dissolve | Dissolution of Camiwell, Inc.<br><br>Benlin Yuan and Hong Lin | Yes | | | |

     Defendants reserve the right to add additional exhibits as a result of any witness testimony offered by Plaintiff, to add additional impeachment or rebuttal exhibits, and to withdraw any of the above-mentioned exhibits.


Dated: 04/09/2025            __/James Cai/_____

                          Attorney for Plaintiff


Dated: 04/09/2025            /Bing Zhang Ryan/__

                          Attorney for Defendants and Counter-Claimants

## CERTIFICATE OF SERVICE

I, Christina Ayala, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 1754 Technology Drive., Suite 122, San Jose, CA 95110. On April 09, 2025, I served the following documents:

- **PLAINTIFF'S AND DEFENDANTS' JOINT EXHIBIT LIST**

On the party (ies) in this action, through his/her/their attorneys of record, by placing true and correct copies thereof in sealed envelope(s), addressed as shown on the attached Service List for service as designated below:

**[ ] By US Mail** I placed, on the date shown below, at my place of business, a true copy thereof, enclosed in a sealed envelope, with postage fully pre-paid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business, addressed to those listed on the attached Service List.

**[ ] (By Overnight Delivery)** I enclosed the listed documents in an envelope or package provided by carrier and addressed to the person(s) listed on the attached service. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

**[√ ] (By Electronic Service)** based on an agreement of the parties to accept service by electronic transmission. I caused the documents to be sent to the person(s) at the electronic notification addresses listed on attached service list, I did not receive within a reasonable time after the transmission and electronic message or other indication that the transmission was unsuccessful.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed in San Jose, California on **April 09, 2025.**

*Christina Ayala*

**Christina Ayala**

**SERVICE LIST**

John Chu (SBN: 104302)
Corporate Counsel Law
Group LLP
25 Keamy Street, Suite 302
San Francisco, CA 94108
Telephone: 415-989-5300
Fax: 415-788-4315
Email: jchu149@yahoo.com

**Attorney for Defendants; Benlin Yuan and Hong Lin, and Counterclaimant Benlin Yuan**

Bing Zhang Ryan
Zhang Law Ryan
2950 Buskirk Avenue Suite 300
Walnut Creek, CA 94563
Telephone: 925-257-3097
Email: bzhanglaw@gmail.com

**Attorney for Defendant; Benlin Yuan**

Austin B. Kenney (SBN: 242277)
Megan N. Aldworth (SBN: 351462)
Severson & Werson
19100 Von Karma Ave. Suite 700
Irvine, CA 92612
Telephone: 949-442-7110
Email: abk@serverson.com
        mna@serverson.com

**Attorney for Defendant and Counter-Claimant; Bank of America, N.A.**

Michael T. Beuselinck (SBN: 251991)
Michael T. Beuselinck, P.C.
490 43rd Street #37
Oakland, CA 94609
Telephone: 925-800-3032
Email: mike@lawmtb.com

**Attorney for Defendant; Asiacom Americas, Inc.**