# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** April 28, 2025 | **Time:** 47 M (10:28-11:15) | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 23-cv-05818-VC | **Case Name:** Zhang   v.   YUAN | |

**Attorney for Plaintiff:** Brian Barnhorst, James Cai, Dennis Chin
**Attorney for Defendant:** John Chu, Bing Ryan

**Deputy Clerk:** Kristen Melen					**Court Reporter:**  Ana Dub

## PROCEEDINGS:

Final Pretrial Conference - Held

## ORDER AFTER HEARING:

Defense will present their evidence first.
Court set trial time limits of 4 hours per side.
Bench trial days: 4/29/2025 at 9:30 AM to 2:30 PM or 3:00 PM. No opening statements.
4/30/2025 at 9:30 AM to Noon or 12:30 PM. If additional trial time is needed the bench trial will continue to 5/5/2025.
Court will take a 45-minute lunch break.
The parties plan to call a total of 6 witnesses.